IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 18-22673-JAD |
| LARRY L. WINDEMAKER, JR., | : | Chapter 13 |
| Debtor | : | |

===================================================================

| | | |
|---|---|---|
| LARRY L. WINDEMAKER, JR. | : | Related To Doc. No. 13 |
| Movant | : | |
| v. | : | |
| No Respondent | : | |

### ORDER ON MOTION FOR EXTENSION OF TIME TO FILE FULL PETITION

AND NOW, this <u>16th</u> day of <u>July</u>, 2018, it is hereby ORDERED and DECREED as follows:

Debtor's/Movant's Motion For Extension of Time to File Full Chapter 13 Petition and Plan is hereby granted. Movant/Debtor is granted ten (10) days, up to and including **July 26, 2018**, from the entry of this Order to file the completed Petition and Plan.

BY THE COURT:

_____  mas
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Larry L. Windemaker, Jr.
Robert J. Colaizzi, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
7/16/18 6:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Larry L Windemaker, Jr.  
    Debtor

Case No. 18-22673-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Jul 16, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.  
db         +Larry L Windemaker, Jr.,    197 Ledgedale Street,    Pittsburgh, PA 15205-3714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:  
        James Warmbrodt     on behalf of Creditor     DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
        Robert J. Colaizzi     on behalf of Debtor Larry L Windemaker, Jr. robert@colaizzilaw.com, paralegal@colaizzilaw.com;destinie@colaizzilaw.com  
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                     TOTAL: 5