Form 224

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Larry L Windemaker Jr.**
   Debtor(s)

Bankruptcy Case No.: 18−22673−JAD

Chapter: 13
Docket No.: 16

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **July 1, 2018** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **July 26, 2018** and failure to meet that deadline would result in the dismissal of the case.

As of **July 27, 2018,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                            Michael R. Rhodes
                            Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: July 27, 2018                                           Jeffery A. Deller
                                                                    United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-22673-JAD
Larry L Windemaker, Jr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 224            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db              +Larry L Windemaker, Jr.,    197 Ledgedale Street,    Pittsburgh, PA 15205-3714
14874349        +Ally Financial,    500 Woodward Avenue,    Detroit, MI 48226-3423
14874351        +Bank of America,    4909 Savarese Circle,    FL1-908-01-47,    Tampa, FL 33634-2413
14874356        +Credit Collection/USA (South Hills Orthopaedi,    16 Distributors Drive,    Suite 1,
                 Morgantown, WV 26501-7209
14874357        +Credit Management Company (Radiance Surgery C,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
14874358        +Ditech Financial,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
14874359        +KML Law Group, P.C.,    Mellon Independence Center - Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14874360        +Midland Funding LLC (Barclay's Bank Delaware),    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
14874361        +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd -- One Penn Center Plaza,
                 One Penn Center Plaza -- Suite 1400,    Philadelphia, PA 19103-1814
14874363         The Law Offices of Frederic I. Weinberg & Ass,    375 East Elm Street,    Suite 220,
                 Conshohoken, PA 19428-1973
14874364        +United Revenue CLCTN (Northwest EMS),    P.O. Box 1184,    Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: kburkley@bernsteinlaw.com Jul 28 2018 02:33:08     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14874348        +EDI: AFNIRECOVERY.COM Jul 28 2018 05:58:00     AFNI (AT & T Mobility),    P.O. Box 3097,
                 Bloomington, IL 61702-3097
14874352        +EDI: BANKAMER.COM Jul 28 2018 05:58:00     Bank of America, N.A.,    7105 Corporate Drive,
                 FL1-908-01-47,   Plano, TX 75024-4100
14874353        +EDI: TSYS2.COM Jul 28 2018 05:58:00     Barclays Bank Delaware,    125 S. Werst Street,
                 Wilmington, DE 19801-5014
14874354        +EDI: CAPITALONE.COM Jul 28 2018 05:58:00     Capital One Bank USA, NA,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14874355        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:31:57
                 Commonwealth of PA Dept. of Revenue,   Bureau of Compliance Dept. 280946,
                 Harrisburg, PA 17128-0001
14874722        +EDI: PRA.COM Jul 28 2018 05:58:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14874362        +EDI: RMSC.COM Jul 28 2018 05:58:00     SYNCB/BP,    C-O P.O. Box 965024,
                 Orlando, FL 32896-0001
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               DITECH FINANCIAL LLC
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14874350*       +Ally Financial, Inc.,    500 Woodward Avenue,    Detroit, MI 48226-3423
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              James Warmbrodt   on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck   on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2          User: amaz              Page 2 of 2            Date Rcvd: Jul 27, 2018
                              Form ID: 224            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Robert J. Colaizzi    on behalf of Debtor Larry L Windemaker, Jr. robert@colaizzilaw.com, paralegal@colaizzilaw.com;destinie@colaizzilaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                 TOTAL: 5

Case 18-22673-JAD    Doc 17    Filed 07/29/18    Entered 07/30/18 00:50:24    Desc Imaged
Certificate of Notice    Page 3 of 3